**CT**

5601 South 59th Street
Suite C
Lincoln, NE 68516
402.323.3850 tel
www.ctcorporation.com

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2014 JUL 22  PH 12: 2

July 18, 2014

Jon Rehm
Rehm, Bennett & Moore, P.C., L.L.O.
3701 Union Drive,
Lincoln, NE 68516

**RECEIVED**

JUL 2 2 2014

CLERK
U.S. DISTRICT COURT
LINCOLN

Re:  Sam Edwards, Pltf. vs. Hiland Roberts Dairy Co. , Dft.

Case No.  814CV202

Dear Sir/Madam:

Hiland Roberts Dairy Co. is not listed on our records or on the records of the State of NE.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 525334516

Sent By Regular Mail

cc:  United States District Court, District of Nebraska-Lincoln
     Denney Federal Bldg & U.S. Courthouse,
     100 Centennial Mall North,
     Room 593,
     Lincoln, NE 68508-3803


**(Returned To)**

Jon Rehm
Rehm, Bennett & Moore, P.C., L.L.O.
3701 Union Drive,
Lincoln, NE 68516