UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 16-3071
_____

Sam Edwards

Plaintiff - Appellant

v.

Hiland Roberts Dairy, Co.; Hiland Dairy Foods Company, L.L.C.

Defendants - Appellees

_____

No: 16-3075
_____

Zyeair Smith

Plaintiff - Appellant

v.

Hiland Roberts Dairy, Co.; Hiland Dairy Foods Company, L.L.C.

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:14-cv-00202-LES)
(8:14-cv-00203-LES)
_____

**JUDGMENT**

Before RILEY, BEAM and SHEPHERD, Circuit Judges.

   This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgments of the district court in this cause are affirmed in accordance with the opinion of this Court.

June 27, 2017

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans